ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 6 2006

CLERK, U.S. DISTRICT COURT
By _____

| | | |
|---|---|---|
| GEORGE MERCIER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0741-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 26 day of May, 2006.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE